■ CAROL A. BENSON, Appellant, v. ARNOLD BENSON, Respondent.—

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.